| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only <br><br> **FILED** <br><br> AUG 1 2 2008 <br><br> RICHARD W. WIEKING <br> CLERK U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: <br> 83253 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States of America, et al | | | | |
| Defendant: Runaid E. Nunn, et al | | | | |
| **PROOF OF SERVICE** <br> **S&C** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV083084 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:            Runaid E. Nunn AKA Ronald E. Nunn
   b. Person served:           John Doe, occupant, Black, Male, 22 Years Old, Black Hair, 5 Feet 8 Inches, 160 Pounds

4. Address where the party was served:   2908 Spanish Bay Drive
                                          Brentwood, Ca 94513

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 30, 2008 at: 5:40PM I left the documents listed in item 2 with or in the presence of:
                   John Doe, occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Victor Blama                                   d. *The Fee for Service was:*    $55.00

   LEGAL EXPRESS LTD.                               e. I am: (3) registered California process server
   1831 HARTMAN LN.                                      (i)   Independent Contractor
   P.O. BOX 808001                                       (ii)  Registration No.:    716
   PETALUMA, CA 94975-8001                               (iii) County:              Alameda
   PHONE 707-755-6765
   FAX 707-765-6762

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jul. 31, 2008                                                     (Victor Blama)

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                S&C                                              cosent.164042

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702   FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: <br> 83253 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States of America, et al | | | | |
| Defendant: Runaid E. Nunn, et al | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV083084 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Jul. 31, 2008
   b. Place of Mailing:         Petaluma, Ca 94975
   c. Addressed as follows:     Runaid E. Nunn AKA Ronald E. Nunn
                                2908 Spanish Bay Drive
                                Brentwood, Ca 94513

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 31, 2008 in the ordinary course of business.

5. Person Serving:                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                                      d. *The Fee* for Service was:   $55.00
   b. Legal Express Limited                              e. I am: (3) registered California process server
      P.O. Box 808001                                         (i)    Independent Contractor
      Petaluma, Ca 94975                                      (ii)   Registration No.:    115
   c. 707 765-6765, FAX 707-765-6762                         (iii)  County:              Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jul. 31, 2008

                                                                              (Ioanna Asimos)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         By Mail                                              cosent.164042

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-523-4702    FAX: No: 510-747-1640 | Ref. No or File No.: <br> 83253 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | |
| Plaintiff: United States of America, et al <br> Defendant: Runaid E. Nunn, et al | | |
| **Due Diligence** <br> S&C | Hearing Date:   Time:   Dept/Div: | Case Number: <br> CV083084 |

1. I, Victor Blama, and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Runaid E. Nunn AKA Ronald E. Nunn as follows:

2. Documents:    Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/17/08 | 9:45am | Home | No answer at the residence address.; Attempt made by: Victor Blama. Attempt at: 2908 Spanish Bay Drive Brentwood Ca. 94513. |
| Sat | 07/19/08 | 12:34pm | Home | No answer at the residence address.; Attempt made by: Victor Blama. Attempt at: 2908 Spanish Bay Drive Brentwood Ca. 94513. |
| Thu | 07/24/08 | 8:19pm | Home | No answer at the residence address.; Attempt made by: Victor Blama. Attempt at: 2908 Spanish Bay Drive Brentwood Ca. 94513. |
| Wed | 07/30/08 | 5:40pm | Home | Substituted Service effected by leaving copy of the document(s) with; John Doe, occupant. Attempt made by: Victor Blama. Attempt at: 2908 Spanish Bay Drive Brentwood Ca. 94513. |

3. *Person Executing*
   a. Victor Blama
   b. **Legal Express Limited**
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $55.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   716
      (iii) County:    Alameda

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 31, 2008           **Due Diligence**           (Victor Blama)           cosent.164042